```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

MARK BONDURANT,                       :

    Plaintiff,                    :

vs.                                   :
                                      CIVIL ACTION 07-0728-M

MICHAEL J. ASTRUE,                    :
Acting Commissioner of
Social Security,                      :

    Defendant.                    :

## MEMORANDUM OPINION AND ORDER

In this action under 42 U.S.C. §§ 405(g) and 1383(c)(3), Plaintiff seeks judicial review of an adverse social security ruling which denied claims for disability insurance benefits and Supplemental Security Income (Docs. 1, 14).  The parties filed written consent and this action has been referred to the undersigned Magistrate Judge to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73 (*see* Doc. 20).

Defendant has filed a Motion and Memorandum for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to the Defendant (Doc. 18).  Defendant has stated that Plaintiff's attorney has no objection to the motion (Doc. 18, p. 1).

Defendant states the following

> On remand by the Court, the Appeals Council will vacate its denial of the request for review. The Appeals Council will submit this case to its medical staff to determine whether a favorable Appeals Council decision can be issued. If not, the Appeals Council will remand the case to an Administrative Law Judge for further consideration. The Appeals Council will instruct the ALJ to determine whether Plaintiff's impairments meet the requirements of section 14.08B2 of the Listings and to re-evaluate Dr. Vanderwaa's November 2006 opinion and Dr. Green's June 2005 opinions, assign the weight given to the opinions, and provide rationale with specific references for the weight given to the medical opinions.

Doc. 18, pp. 1-2. This is a tacit admission that Plaintiff's application was not appropriately considered and that this action should be reversed. Without reviewing the substantive evidence of record, this Court accepts Defendant's acknowledgment of error.

It appears to the Court that the decision of the Secretary should be reversed and remanded. Such remand comes under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). For further procedures not inconsistent with this report, see *Shalala v. Schaefer*, 509 U.S. 292 (1993).

Therefore, it is **ORDERED**, without objection from Plaintiff, that Defendant's Motion to Remand under sentence four be **GRANTED** (Doc. 18) and that this action be **REVERSED** and **REMANDED** to the Social Security Administration for further administrative

proceedings not inconsistent with the orders of this Court.

Judgment will be entered by separate order.

DONE this 10th day of April, 2008.

                                        s/BERT W. MILLING, JR.
                                      UNITED STATES MAGISTRATE JUDGE