```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| MARK C. BONDURANT, | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 07-0728-M |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | : |
| Defendant. | : |

### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $1,174.18.

DONE this 1st day of July, 2008.

                                          s/BERT W. MILLING, JR.
                                        UNITED STATES MAGISTRATE JUDGE